IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re DEEP VEIN THROMBOSIS LITIGATION | MDL Docket No 04-1606 VRW |
| | ORDER |
| <u>This Document Relates To</u>: | |
| Phillips v Continental Airlines, Inc<br>No 04-4700_____/ | |

The parties request to continue the hearing on defendant's motion for summary judgment, set for July 10, 2007, and to continue the deadline for filing of plaintiff's response to said motion. Doc #605. The purported reason for the request is that plaintiff filed a motion under FRCP 56(f) to conduct further discovery, which the court has not yet ruled on. Id at 2. Plaintiff's motion to conduct further discovery, doc #589-1, fails to comply with FRCP 56(f). Accordingly, the request for a continuance is DENIED. The parties shall appear on July 10, 2007 at 2:00 pm for a hearing on defendant's motion. The parties should

confer on a schedule for filing of opposition and reply briefs. All briefing should be completed on or before July 3, 2007.

     SO ORDERED.

                                                 VAUGHN R WALKER

                                                 United States District Chief Judge