UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES A. PHILLIPS, et al., | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. C 04-4700   VRW |
| | ) | |
| v. | ) | **ORDER OF DISMISSAL** |
| | ) | |
| CONTINENTAL AIRLINES, INC., | ) | |
| | ) | |
| Defendant, | ) | |

Having advised the court that the parties have agreed to a settlement of this case;

IT IS HEREBY ORDERED that this cause of action be dismissed with prejudice.

Dated: July 3, 2008

_____
VAUGHN R WALKER
UNITED STATES DISTRICT CHIEF JUDGE